IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TERRY ANDERSON, individually, ) | |
| ) | Case No. CV-02-588-S-BLW |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| WARDEN JOE KLAUSER-ISCI ) | |
| DEBRA CLYDE, BRUCE COOPER, ) | |
| MR. AMAN, MONICA FORD, and ) | |
| MARY SNARR, individually and in ) | |
| his or her official capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Pending before the Court are Defendant Snarr's and Defendant Ford's Motions for Entry of Judgment under Rule 54(b) (Docket Nos. 149 & 155). All claims against them were dismissed by the Court's Order of September 29, 2005 (Docket No. 144).

    Rule 54(b) permits the Court to enter judgment for individual parties who have been dismissed from the case even though it remains ongoing against other parties. Here, the Court determines that there is no just reason for delay in entering a judgment on the claims against these two Defendants, and it directs the Clerk of Court to enter judgment for them. It is likely that this case may extend for another year or more while the remaining parties await Defendant Cooper's return from military duty and then pursue settlement and/or trial.

**ORDER- 1**

Entry of judgment regarding these two Defendants shall not have any effect on the remaining claims or parties in this case.  Plaintiff is advised that his 30-day appeal time as to the judgment on the claims against these Defendants begins to run from today's date (entry of the Rule 54(b) judgment), rather than any future date in which all remaining claims are finally adjudicated against the other Defendants.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Mary Snarr's Motion for Entry of Judgment pursuant to Rule 54(b) (Docket No. 149) is GRANTED.  The Clerk of Court is ordered to enter judgment denying and dismissing all of Plaintiff claims against Mary Snarr with prejudice.

IT IS FURTHER HEREBY ORDERED that Monica Ford's Motion for Entry of Judgment pursuant to Rule 54(b) (Docket No. 155) is GRANTED.  The Clerk of Court is ordered to enter judgment denying and dismissing all of Plaintiff claims against Mary Snarr with prejudice.

DATED:  **April 24, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

ORDER- 2