IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TERRY ANDERSON, individually,        )<br>                                                              )<br>                            Plaintiff,       )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>WARDEN JOE KLAUSER-ISCI         )<br>DEBRA CLYDE, BRUCE COOPER, )<br>MR. AMAN, MONICA FORD, and    )<br>MARY SNARR, individually and in   )<br>his or her official capacity,                )<br>                                                              )<br>                            Defendants.  )<br>_____) | Case No. CV-02-588-S-BLW<br><br>**RULE 54(b) JUDGMENT<br>RE: MARY SNARR AND<br>MONICA FORD** |

On April 21, 2006, the Court entered an Order under Rule 54(b) that determined there is no just reason for delay in entering a judgment on all of Plaintiff's claims against Mary Snarr and Monica Ford, arising from its Order of September 29, 2005 (Docket No. 144), and directed the Clerk of Court to enter judgment dismissing all claims against them with prejudice. Based upon those Orders, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that all of Plaintiff's claims

**JUDGMENT -1**

against Mary Snarr and Monica Ford are DISMISSED with prejudice.

DATED: **April 24, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -2**